JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>              Plaintiff,<br><br>    v.<br><br>SANJAY D. PATEL, et al.,<br><br>              Defendants. | Case No. 5:23-cv-00719-FLA (SHKx)<br><br>**ORDER DISMISSING ACTION [DKT. 13]** |

1

On June 27, 2023, Plaintiff Theresa Brooke ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 13. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

     1.  All dates and deadlines governing this action are VACATED.

     2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: July 3, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge